IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MALLORI LEE MOSS,

      Petitioner,

v.                                         4:18cv470–WS/EMT

UNITED STATES OF AMERICA,

      Respondent.

_____

ORDER DIRECTING TRANSFER OF CASE

Before the court is the magistrate judge's report and recommendation (ECF No. 16) docketed January 25, 2019. The magistrate judge recommends that the action be transferred to the United States District Court for the Northern District of Alabama. Petitioner Moss Harris has filed no objections to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 16) is adopted and incorporated by reference in this order of the court.

2.  The clerk shall TRANSFER this action to the United States District Court

for the Northern District of Alabama for all further proceedings.

DONE AND ORDERED this ___7th___ day of ____March____, 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE